UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYANT K. JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1163** |
| **WARDEN HEATH MARTIN, ET AL.** | **SECTION "E" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Bryant K. Jones's 42 U.S.C. § 1983 claims against Warden Heath Martin, Sheriff Daniel Edward, and the Parish of Tangipahoa are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim for which relief can be granted.

**New Orleans, Louisiana, this 28th day of June, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**